IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                        Case No.  3:08cr83/LAC

VENKATESH AELOGONDA

_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, VENKATESH AELOGONDA, to Counts I and II of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**ORDERED** on this 24th day of October, 2008.


s/ *L.A. Collier*
_____
Lacey A. Collier
Senior United States District Judge