IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.   Case No. 3:08cr83/LAC

**VENKATESH AELOGONDA**

_____

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant VENKATESH AELOGONDA, INC. pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1), (a)(2)(B) and (b)(1), and Title 28, United States Code, Section 2461(c), the defendant's interests in any property, real or personal, involved in the violations set forth in Counts One and Two of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about October 22, 2008, the defendant, VENKATESH AELOGONDA, pled guilty to Counts One and Two of the Indictment pursuant to a written plea and cooperation agreement outlining such forfeiture;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1), (a)(2)(B) and (b)(1), and Title 28, United States Code, Section 2461(c) of the Federal

Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That property which is subject to forfeiture in this Order is as follows:

   A. $4,600 in U.S. currency seized from the residence of the defendant, VENKATESH AELOGONDA which is also the headquarters of defendant CORPORATE HORIZONS, INC.

3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, VENKATESH AELOGONDA, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure

IT IS SO ORDERED this 29th day of January, 2009.

s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE