# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:08cr83/LAC

**VENKATESH AELOGONDA,**
  a/k/a Venkat Aelogonda,
  a/k/a Venkata Aelongonda,
  a/k/a Venkateshwara Aelogonda,
  a/k/a Venkateshwara Reddy,
**MADHUSUDHAN KODURU,**
  a/k/a Madhusudhan Reddy Koduru,
  a/k/a Madhu Koduru,
  a/k/a John Bloomer,
**RAMAKRISHNA REDDY KALVAKUNILA**
and
**CORPORATE HORIZONS, INC.**
_____

## FINAL ORDER OF FORFEITURE AS
## TO ALL PERSONS AND ENTITIES

WHEREAS, on December 11, 2008, January 22, 2009 and January 29, 2009, this Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of Title 18, United States Code, Sections 981 and 982 and Title 28, United States Code, Section 2461(c), based upon the defendants' guilty pleas to the crimes charged against them in Indictment in this action, and their consent to the forfeiture of all assets used or derived from said conduct (Doc. 137, 153, 157 & 159);

AND WHEREAS, the United States caused to be published a Notice of Forfeiture

and Planned Disposition on www.forfeiture.gov of the intent of the United States to dispose of the property in accordance with Title 18, United States Code, Sections 981 and 982 and Title 28, United States Code, Section 2461(c), thereby notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property;

AND WHEREAS, no claims or petitions have been filed for the property described in this Court's Preliminary Orders of Forfeiture, entered on December 11, 2008, January 22, 2009 and January 29, 2009 and the time for filing petitions expired on November 1, 2009.

THEREFORE, IT IS HEREBY ORDERED:

1. That the right, title and interest to all of the property described in this Order, is hereby condemned, forfeited and vested in the United States of America.

2. The property subject to forfeiture in this Order includes the following:

    A. One 2002 silver Honda bearing Vehicle Identification Number 5FNRL18652B036168 registered to defendant RAMAKRISHNA REDDY KALVAKUNILA;

    B. $159,242 in U.S. currency seized from the residence of defendant RAMAKRISHNA REDDY KALVAKUNILA;

    C. $84,043.60 in the form of Official Bank Checks, seized from the residence of defendant RAMAKRISHNA REDDY KALVAKUNILA;

D.     $30,054 in U.S. currency seized from Sai Food Mart, 400 North Highway 29, Pensacola, Florida;

E.     $15,868.91 in U.S. currency seized from the account of Sai Food Mart, Inc. located in Wachovia Bank (now known as Wells Fargo and Company Bank) account number ending in 7256;

F.     $33,831.37 in U.S. currency seized from the account of Sai Food Mart, Inc. at Wachovia Bank (now known as Wells Fargo and Company Bank) account number ending in 7379;

G.     $6,514.14 in U.S. currency seized from the account of RAMAKRISHNA REDDY KALVAKUNILA at Wachovia Bank (now known as Wells Fargo and Company Bank) account number ending in 3291;

H.     The real property known as 1111 Germain Street, Pensacola, Florida, lying and being in Escambia County, Florida, and being more particularly described in the Official Records at Deed Book 6006, Page 28 of the public records of Escambia County as follows:

LOT 16, BLOCK B SUBURBAN ESTATES UNIT NO 1
SECTION 23 TOWNSHIP 1 S RANGE 30 W 1 PB 6 P 43
OR 6006 P 28

I.     The real property known as 1514 West Jackson Street, Pensacola, Florida, lying and being in Escambia County, Florida, and being more particularly described in the Official Records at Deed Book 6006, Page 83

of the public records of Escambia County as follows:

LOTS 23 & 24 BLOCK 84 DB 542 P 144 WEST KING TRACT
CA 116, SECTION 00, TOWNSHIP 0 S, RANGE 00 W

J. $8,151.00 in U.S. currency seized from the residence of defendant MADHUSUDHAN KODURU;

K. $1,209.00 in U.S. currency seized from Reddy's Food Mart, 3494 Olive Road, Pensacola, Florida;

L. $1,350.03 in U.S. currency seized from the account of Nandi Enterprises, Inc. at Regions Bank, account number ending in 90001, for which MADHUSUDHAN KODURU was a signatory;

M. $49.50 in U.S. currency seized from the account of Sai Food Mart, Inc. located in Wachovia Bank (now known as Wells Fargo and Company Bank) account number ending in 7382, for which signatories were defendants MADHUSUDHAN KODURU and RAMAKRISHNA REDDY KALVAKUNILA; and,

N. $4,600 in U.S. currency seized from the residence of the defendant, VENKATESH AELOGONDA which is also the headquarters of defendant CORPORATE HORIZONS, INC.

3. That no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America by Orders entered on December 11, 2008, January 22, 2009 and January 29, 2009, and said forfeiture is now

final.

4.	That the United States Department of Homeland Security Immigration and Customs Enforcement shall dispose of said real property in accordance with law.

IT IS SO ORDERED this 14th day of December, 2009.


	s/*L.A. Collier*
	LACEY A. COLLIER
	SENIOR U.S. DISTRICT JUDGE